Exhibit A

| | |
|---|---|
| DISTRICT COURT, COUNTY OF BROOMFIELD, STATE OF COLORADO<br><br>Broomfield Combined Court<br>17 Descombes Drive<br>Broomfield, CO 80020 | DATE FILED: August 20, 2021 2:28 PM<br>FILING ID: B2808E06DD3C9<br>CASE NUMBER: 2021CV30387 |
| Plaintiff: **BECKY J. CLARK**<br><br>vs.<br><br>Defendant:  **OMNI INTERLOCKEN CO., L.L.C.; a foreign corporation** | ▲ **COURT USE ONLY** ▲<br><br>Case Number: |
| Attorney for Plaintiff:<br>Michael A. Zimmerman, #47432<br>Hull & Zimmerman, P.C.<br>11178 Huron St., Ste 2<br>Northglenn, CO 80234<br>e-mail: alex@hzinjurylaw.com<br>Phone Number:  303-423-1770<br>Fax Number:  303-423-2102 | Div.:          Ctrm.: |

### COMPLAINT AND JURY DEMAND

Plaintiff, above-named, by and through her attorneys Hull and Zimmerman P.C. for Complaint against the Defendant alleges and avers as follows:

1. At all relevant times herein, Plaintiff Becky J. Clark (hereinafter "Plaintiff") has been a resident of the State of California.

2. Upon information and belief, Defendant Omni Interlocken Co, LLC. (hereinafter "Defendant") is a foreign corporation, incorporated in the State of Delaware and conducting business in the State of Colorado.

3. Upon information and belief, Defendant owns and operates the Omni Interlocken Hotel located at 500 Interlocken Boulevard, Broomfield, Colorado 80021.

4. On or about September 7, 2019, Plaintiff was on the premises of the Omni Interlocken Hotel and was walking towards the entrance of the hotel.

5. Plaintiff intended check-in for a reservation she made at the hotel.

6. The Omni Interlocken Hotel placed a large walk-off mat/rug in front of the entrance to the Hotel.

Exhibit A

7.      The large walk-off mat/rug was not tacked down to the ground or otherwise secured.

8.      As Plaintiff was entering the hotel, a gust of wind blew the large walk-off mat/rug from the ground.

9.      The large walk-off mat/rug struck Plaintiff on the side of the head causing her to fall.

10.     As a result of the fall, Plaintiff suffered injuries and incurred medical expenses.

10.     Plaintiff was present on Defendant's premises for the purposes of transacting business in which both Plaintiff and Defendant were interested.

11.     Plaintiff was present on Defendant's premises at Defendant's expressed or implied representation that the public was expected or intended to enter such store.

12.     Plaintiff constitutes an "invitee" as contemplated by C.R.S. § 13-21-115.

13.     Defendant was the entity responsible for maintaining the premises of its' hotel.

14.     Defendant was the entity in possession of the Omni Interlocken Hotel in Broomfield, Colorado.

15.     Defendant is a "landowner" as contemplated by C.R.S. § 13-21-115.

16.     Defendant's hotel is in a location that experiences frequent gusts of wind.

17.     Defendant knew or should have known that a gust of wind would blow the large walk-off mat/rug from its position at the entrance of the hotel.

18.     Defendant failed to exercise reasonable care to mitigate or remove the unreasonably dangerous condition of an improperly secured large walk-off mat/rug at the entrance of the hotel.

19.     As a direct and proximate result of the failures of Defendant in this regard, Plaintiff suffered injuries and harms.

20.     Plaintiff is entitled to compensation for the injuries and harm suffered as a result of the actions of Defendant in this regard.

Wherefore, Plaintiff prays that this Honorable Court will grant judgment in her favor, and against the Defendant, in an amount to be determined by the trier of fact, plus pre-judgment and

Exhibit A

post-judgment interest as provided by law, costs, and for such other and further relief as this Court deems just and proper in the premises.

Exhibit A

## JURY DEMAND

Plaintiff hereby demands a jury trial of six (6) on all issues so triable.

Respectfully submitted this 20th day of August 2020.

Hull & Zimmerman, P.C.
*Original signature on file at the office*
*of Hull & Zimmerman, P. C.*

/s/ Michael A. Zimmerman
Michael P. Zimmerman, #47432
Attorneys for Plaintiff
11178 Huron Street, Unit 2
Northglenn, CO 80234
Telephone: (303) 423-1770

Plaintiff's address:
3354 Corinna Drive
Rancho Palos Verdes, CA 90275